IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

THOMAS C. BLAIR

      Plaintiff,

vs.                                          CIVIL NO. 1:13-CV-00199 KG/CG

CBM PARTNERS CORPORATION,

      Defendant.

## ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE

THIS MATTER having come before the Court on the *Joint Motion to Dismiss with Prejudice* filed with the Court March 28, 2014, the Court finds the motion well-taken and it is GRANTED.

IT IS HEREBY ORDERED that the complaint and counterclaims in this matter be dismissed in their entirety with prejudice

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,

**PEIFER, HANSON & MULLINS, P.A.**

By: _____/s/_____
Charles R. Peifer
Elizabeth Radosevich
20 First Plaza Center NW #725/
P.O. Box 2545
Albuquerque, NM 87125-0245
(505) 247-4800
eradosevich@peiferlaw.com
*Attorneys for Thomas C. Blair*

**MONTGOMERY & ANDREWS, P.A.**

By: _____/s/_____
Suzanne Odom
Post Office Box 2307
Santa Fe, New Mexico 87505-2307
(505) 986-2659
sco@montand.com
*Attorneys for CBM Partners Corporation*